**T. W. GUTHRIE et al., Plaintiffs-Appellants,**

v.

**ALABAMA BY–PRODUCTS COMPANY et al., Defendants-Appellees.**

**No. 71–2498.**

United States Court of Appeals,
Fifth Circuit.

March 28, 1972.

* ▆ Rule 18, 5th Cir.; See Isbell Enterprises, Inc. v. Citizens Casualty Co. of

New York et al., 5 Cir. 1970, 431 F.2d 409, Part I.

or diversity jurisdiction. Appellants primarily complain of the district court's holding that a private civil action brought by individuals damaged by defendants' polluting certain streams and rivers did not state a federal right of action or supply federal question jurisdiction pursuant to the Rivers and Harbors Appropriation Act of 1899, 33 U.S.C.A. § 407, unless defendants' conduct constituted an interference with navigation by which plaintiffs were injured. We affirm on the basis of the district court's well-reasoned opinion, reported at 328 F. Supp. 1140.

Affirmed.

Roscoe B. Hogan, Frank M. Bainbridge, L. Drew Redden, Charles E. Clark, Bainbridge & Mims, Birmingham, Ala., for plaintiffs-appellants.

Cabaniss, Johnston, Gardner & Clark, L. Murray Alley, Fournier J. Gale, III, Thomas, Taliaferro, Forman, Burr & Murray, Robert G. Tate, Birmingham, Ala., Rushton, Stokely, Johnston & Garrett, J. M. Williams, Jr., Montgomery, Ala., Bradley, Arant, Rose & White, Birmingham, Ala., Volz, Copauano, Wampold & Prestwood, William B. Moore, Jr., Charles H. Volz, Jr., Montgomery, Ala., E. M. Ziedman, Birmingham, Ala., Huie, Fernambucq & Stewart, W. B. Fernambucq, Macbeth Wagnon, Jr., John H. Morrow, John D. Clements, Birmingham, Ala., for defendants-appellees.

Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.

PER CURIAM:

This is an appeal from the judgment of the district court dismissing appellants' complaint for want of federal question